THE PEOPLE OF THE STATE OF NEW YORK, Respondent, FRED J. HULL, Appellant.

Argued January 19, 1938; decided April 12, 1938.

*Joseph A. Solovei, Caesar B. F. Barra, Sol A. Klein* and *Joseph Weiss* for appellant.

*Hiram C. Todd, Special Assistant Attorney-General (Franklin S. Pollak, Egbert W. Doughty* and *Milton D. Lifset* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, FINCH and RIPPEY, JJ. LEHMAN and LOUGHRAN, JJ., dissent on the ground that the evidence fails to prove guilt beyond a reasonable doubt.